## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Damion  M. Williams                    CHAPTER 7

                 Debtor(s)

                                     BKY. NO. 20-14090 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
03 Nov 2020, 16:57:50, EST

          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322